IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-111-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| BRANDON JAMAAL MILES, | ) | |
| | ) | |
| Defendant. | ) | |

At the direction of the court and for the continued efficient administration of justice, the above-captioned case is hereby reassigned to the Honorable Malcolm J. Howard, Senior United States District Judge. **All future pleadings should reflect the revised case number of 5:14-CR-111-H-1.**

Signed this 18th day of June 2014.

*Julie A. Richards*
Julie A. Richards, Clerk of Court